## GUNN *v.* WOOD.

*Atkinson, J.*—A bill of exceptions which merely alleges that the defendant in *certiorari* "moved to dismiss the petition for *certiorari* upon certain grounds, which the court granted," and that "the court erred in dismissing said *certiorari*," without specifying what were the grounds upon which the motion to dismiss was based, presents no question upon which the Supreme Court can intelligently pass.    *Judgment affirmed.*

March 23, 1896. Argued at the last term.

*Certiorari.* Before Judge Hardeman. Bibb superior court. November term, 1894.

*M. G. Bayne*, for plaintiff in error.
*W. J. Grace* and *Smith & Jones*, contra.

---

## GUNN *v.* WOOD.

*Simmons, C. J.*—Where a case on trial upon the appeal in a justice's court resulted in a verdict for the plaintiff, and the only error assigned in the defendant's petition for *certiorari*, so far as verified by the magistrate's answer, was the refusal of the latter to grant a nonsuit, the superior court did not err in overruling or dismissing the *certiorari.* Where a case is on trial before a jury in a magistrate's court, the presiding justice has no power to grant a nonsuit (*Favors* v. *Johnson*, 79 *Ga.* 553), and consequently a refusal by him to do so was right.

March 23, 1896. Argued at the last term.    *Judgment affirmed.*

*Certiorari.* Before Judge Hardeman. Bibb superior court. November term, 1894.

*M. G. Bayne*, for plaintiff in error.
*Smith & Jones* and *W. J. Grace*, contra.